LEONARD P. BIRNBAUM ET AL. *v.* HOWARD S. IVES,
HIGHWAY COMMISSIONER

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is granted.

*Elliott B. Pollack,* for the appellees (plaintiffs).

*Arnold Sbarge,* assistant attorney general, for the appellant (defendant).

Argued January 7—decided January 7, 1969

WILLIAM HERBERT ET AL. *v.* FREDERICK SMYTH ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Litchfield County is denied.

*Robert J. Sullivan,* for the appellees (plaintiffs).

*Walter M. Pickett, Jr.,* for the appellants (defendants).

Argued January 7—decided January 7, 1969

VENTANAS DEL CARIBE, S.A. *v.* THE STANLEY WORKS

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Morris Tyler,* with whom was *Louis M. Winer,* for the appellee (defendant).

*James F. Dawson,* with whom was *Joseph Neiman,* for the appellant (plaintiff).

Argued January 7—decided January 7, 1969